UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TELONIOUS LAMAR TAYLOR, | ) | No. CV 19-5862-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOSIE GASTELLO, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: July 18, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE